OPHELIA J. CUTHBERT, Respondent *v.* MARGARET S. IVES, Impleaded, etc., Appellant.

Same Respondent *v.* ANTOINETTE L. SCHERMERHORN et al., Appellants.

(Argued June 15, 1891; decided June 25, 1891.)

APPEALS from order of the General Term of the Supreme Court in the first judicial department made May 19, 1891, which affirmed an order of Special Term continuing a temporary injunction.

*Robert Sewell* and *C. Fine* for appellants.

*W. H. Page, Jr.,* for respondent.

Agree to dismiss appeals; no opinion.
All concur.
Appeals dismissed.

_____

In the Matter of the Application of WILBUR L. PADDOCK for a writ of Habeas Corpus.

(Argued June 16, 1891; decided June 25, 1891.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made July 18, 1890, which reversed an order of Special Term awarding to the petitioner the custody of his infant daughter.

*W. McElroy* for appellant.

*M. N. Kane* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.